THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON DANIELS, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, Respondent. [836 NYS2d 459]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Christopher J. Burns, J.), entered February 6, 2006 in a proceeding pursuant to CPLR article 70. The judgment, among other things, denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in the decision at Supreme Court. Present—
Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.